1
2
3

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

4
5
6
7
8
9

| | |
|---|---|
| 10  P. ORB HATTON, an individual, and DIANE ) | No.  1:15-cv-0-187-EPG |
| 11  HATTON, an individual, ) | |
| | ) |
| 12                Plaintiffs, ) | ORDER DISMISSING DEFENDANT BANK |
| 13         vs. ) | OF AMERICA FROM THIS ACTION |
| | ) |
| 14  BANK OF AMERICA, N.A., a national ) | ORDER DIRECTING THE CLERK OF THE |
| 15  association; BSI FINANCIAL SERVICES, a ) | COURT TO TERMINATE BANK OF |
| business entity; and DOES 1 through 100, ) | AMERICA AS A DEFENDANT ON THE |
| 16  inclusive, ) | DOCKET |
| | ) |
| 17                Defendants. ) | |
| | ) |

18
19

20       Pursuant to the stipulation of dismissal filed on April 6, 2016, by Plaintiffs, P. Orb

21  Hatton and Diane Hatton, and Defendant Bank of America (Doc. 74), this action is DISMISSED

22  against Defendant Bank of America, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the

23  Federal Rules of Civil Procedure.  The Clerk of the Court is directed to terminate Defendant

24  Bank of America as a party in this action on the docket.

25

26  IT IS SO ORDERED.

27      Dated:  __**April 7, 2016**__          /s/ _Erica P. Grosjean_

28                         UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28