Jamil L. White (SBN: 244028)
Andrey R. Yurtsan (SBN: 294760)
LOUIS | WHITE PC
1851 Heritage Lane, Suite 148
Sacramento, CA 95815
Telephone: (877) 992-5291
Facsimile: (916) 274-4631
info@louiswhitelaw.com

Attorneys for Plaintiffs
P. ORB HATTON and
DIANE HATTON

John C. Steele (SBN: 179875)
Tanya C. McCullah (SBN: 279614)
ZIEVE, BRODNAX & STEELE, LLP (Formerly Law Offices of Les Zieve)
30 Corporate Park, Suite 450
Irvine, CA 92606
Telephone: (714) 848-7920
Facsimile: (714) 908-7860
jsteele@zbslaw.com

Attorneys for Defendant
BSI FINANCIAL SERVICES

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

P. ORB HATTON, an individual, and DIANE HATTON, an individual,

Plaintiff,

vs.

BANK OF AMERICA, N.A., a national association, BSI FINANCIAL SERVICES, a business entity; and Does 1 through 100, inclusive,

Defendants.

CASE NO.: 1:15-cv-00187-GSA

*Assigned to United States Magistrate Judge Erica P. Grosjean*

**STIPULATION AND ORDER RE: CASE SCHEDULE**

Further to the Court's Minute Order, dated November 1, 2016, Plaintiffs P. ORB HATTON and DIANE HATTON (collectively, "Plaintiffs") and Defendant BSI FINANCIAL SERVICES (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate as follows:

1. That the dispositive motion filing deadline will be Wednesday, March 22, 2017;
2. That the pretrial conference will be held on Thursday, July 20, 2017, at 11 a.m.;
3. That the trial will commence on Tuesday, September 26, 2017, at 8:30 a.m.; and
4. That the trial will be heard by a jury over approximately 7-10 days.

DATED: November 14, 2016

LOUIS | WHITE PC

By: /s/ Andrey R. Yurtsan

JAMIL L. WHITE
ANDREY R. YURTSAN
Attorneys for Plaintiffs
P. ORB HATTON and DIANE HATTON

DATED: November 14, 2016

ZIEVE, BRODNAX & STEELE, LLP
(Formerly Law Offices of Les Zieve)

By: /s/ John C. Steele

JOHN C. STEELE
TANYA C. MCCULLAH
Attorneys for Defendant
BSI FINANCIAL SERVICES

**ORDER**

Based on the Stipulation of the parties, and finding good cause therein,

**IT IS HEREBY ORDERED THAT**:

1. The non-expert discovery cutoff date will be **January 6, 2017**;
2. The expert disclosure deadline will be **January 13, 2017**;
3. The rebuttal expert disclosure deadline will be **January 27, 2017**;
4. The expert discovery cutoff will be **February 17, 2017**;
5. The non-dispositive motion filing deadline will be **February 17, 2017**;
6. The dispositive motion filing deadline will be **March 22, 2017**;
7. The pretrial conference will be held on **July 27, 2017**, at **11:00 a.m.**;
8. The trial will commence on Tuesday, **September 26, 2017**, at **8:30 a.m.**; and,
9. The trial will be heard by a jury over approximately 7-10 days.

IT IS SO ORDERED.

Dated: **November 15, 2016**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE