UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. ORB HATTON, an individual, and DIANE HATTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association; BSI FINANCIAL SERVICES, a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 1:15-cv-00187-EPG**<br><br>**ORDER GRANTING REQUESTS TO FILE SUPPLEMENTAL BRIEFING UNDER SEAL**<br><br>(ECF Nos. 88, 89) |

On February 1, 2017, plaintiffs' counsel Jamil L. White and Andrey R. Yurtsan of Louis | White PC filed a Motion to Withdraw as Attorney. (ECF No. 83.) The hearing on the Motion was held on March 2, 2017. White and Yurtsan appeared telephonically. Plaintiffs P. Orb Hatton and Diane Hatton appeared telephonically. Anthony Johnston also entered a special telephonic appearance on behalf of the Hattons to oppose the Motion. Defendant's counsel Stephanie Lewis appeared telephonically, but was instructed to disconnect from the call before the substance of the Motion was discussed. Because the Motion concerned the attorney-client relationship between attorneys White and Yurtsan and the Hattons, the record was sealed.

Attorneys White and Yurtsan were instructed to file supplemental briefing under seal, pursuant to Local Rule 141, in support of their Motion. Attorney Johnston was also permitted to

file supplemental briefing under seal. (ECF No. 87.) On March 9 and 10, 2017, attorneys White, Yurtsan, and Johnston submitted supplemental briefing to the Court. Attorneys White and Yurtsan filed a request pursuant to Local Rule 141 asking that the Court file their submission under seal. Attorney Johnston did not submit a request to file under seal, but the documents he submitted are all captioned "[Filed Under Seal]," which the Court construes as a request to file the documents under seal. Neither request is opposed by any party.

Generally, a party need only show good cause to seal records related to a non-dispositive motion. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("a 'particularized showing' . . . under the 'good cause' standard of Rule 26(c) will 'suffice[ ] to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.'") Attorneys White and Yurtsan ask that their supplemental briefing be filed under seal because it contains communications between the Hattons and Louis | White PC that are covered by attorney-client privilege. Attorney Johnston's submissions appear to contain similar material.

After a review of the parties' submissions, the Court finds good cause to file the submitted documents under seal. Accordingly, the Court orders that:

1. "Supplemental Briefing Under Seal In Support of Louis | White PC's Motion for Leave of Court to Withdraw as Counsel of Record for Plaintiffs P. Orb Hatton and Diane Hatton" and attachments, submitted on March 9, 2017 by attorneys White and Yurtsan, be filed under seal;

2. The following documents, submitted on March 10, 2017 by attorney Johnston, be filed under seal:

    a. "Opposition to Louis White PC's Motion for Leave of Court to Withdraw as Counsel of Record for P. Orb Hatton and Diane Hatton";

    b. "Declaration of P. Orb Hatton in Support of Opposition to Louis White, PC's Motion for Leave of Court to Withdraw as Counsel of Record of P. Orb Hatton and Diane Hatton";

    c. "Declaration of Diane Hatton in Support of Opposition to Louis White,

        PC's Motion for Leave of Court to Withdraw as Counsel of Record for P. Orb Hatton and Diane Hatton";

    d. "Declaration of Anthony D. Johnston in Support of Opposition to Louis White, PC's Motion for Leave of Court to Withdraw as Counsel of Record to Withdraw as Counsel of Record for P. Orb Hatton and Diane Hatton."

3. Only the Court and its staff shall have access to the sealed documents.

The parties are advised that, consistent with the Court's minute order on March 2, 2017, the Motion to Withdraw as Attorney is now taken under submission.

IT IS SO ORDERED.

Dated:  **March 13, 2017**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE