# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. ORB HATTON, an individual, and DIANE HATTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association; BSI FINANCIAL SERVICES, a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | **Case No. 1:15-cv-00187-EPG**<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULE**<br><br>(ECF No. 96) |

On March 20, 2017, the parties filed a joint motion to modify the scheduling order in this case. (ECF No. 96.) Defendant BSI Financial Services explains that it has been unable to take Plaintiff P. Orb Hatton's deposition, Plaintiff Diane Hatton is experiencing complications related to her pending bankruptcy case, and Plaintiffs' attorneys have recently withdrawn from the case. All parties have agreed to the joint motion.

///
///
///
///

1

Good cause appearing, the Court GRANTS the Motion and amends the scheduling order in this case as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | January 6, 2017 | June 6, 2017 |
| Expert Disclosure | January 13, 2017 | June 13, 2017 |
| Rebuttal Expert Disclosure | January 27, 2017 | June 27, 2017 |
| Expert Discovery Cut-off | February 17, 2017 | July 28, 2017 |
| Non-Dispositive Motion Filing Deadline | February 17, 2017 | July 28, 2017 |
| Dispositive Motion Filing Deadline | March 22, 2017 | August 22, 2017 |
| Pretrial Conference | July 27, 2017<br>Time: 11:00 a.m.<br>Courtroom 10 (EPG) | February 1, 2018<br>Time: 11:00 a.m.<br>Courtroom 10 (EPG) |
| Trial | September 26, 2017<br>Time: 8:30 a.m.<br>Courtroom 10 (EPG) | March 27, 2018<br>Time: 8:30 a.m.<br>Courtroom 10 (EPG) |

IT IS SO ORDERED.

Dated: **March 22, 2017**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2